IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02454-RPM-PAC

LOAN DAM,

    Plaintiff(s),

v.

JOHN POTTER, POSTMASTER GENERAL, as the Designated Representative of the UNITED STATES POSTAL SERVICE,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Joint Motion to Modify Scheduling Order [filed September 7, 2005] is **GRANTED** as follows:

    The discovery deadline is extended to **December 16, 2005.**

    The dispositive motions deadline is extended to **December 30, 2005.**

    ***No further extensions shall be granted.***

Dated:  September 14, 2005