IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02454-RPM-PAC

LOAN DAM,

  Plaintiff,

v.

JOHN E. POTTER, in his official capacity as
POSTMASTER GENERAL, United States Postal Service,

  Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

  This matter having come before the Court on the Stipulation for Dismissal, filed

December 21, 2005 (doc. 16), and the Court being fully advised, it is

  ORDERED that this civil action is dismissed with prejudice, each party to bear its own

costs and attorneys' fees.


  DATED: December 22nd, 2005


        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge